IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEREMY OLSEN,<br><br>           Plaintiff,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of the United States Department of Health and Human Services,<br><br>           Defendant. | No. 2:21-CV-326-SMJ<br><br>PROOF OF SERVICE |

## **PROOF OF SERVICE**

In compliance with Federal Rule of Civil Procedure 4(1)(1), Plaintiff hereby files the Affidavit of Service by Mail providing proof of service on Xavier Becerra, in his capacity as Secretary of the United States Department of Health and Human Services, by serving the United States Attorney General on November 29, 2021, the Department of Health and Human Services on November 24, 2021, and the United States Attorney General on November 26, 2021, attached as Exhibit A.

PROOF OF SERVICE - 1

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660

1  Dated: January 12, 2022

2

3  Respectfully submitted,

4  /s/ Roger M. Townsend
   Washington State Bar No. 25525
   BRESKIN, JOHNSON, TOWNSEND, PLLC
5  1000 Second Ave, Suite 3670
   Seattle, WA 98104
6  Telephone: (206) 518-6200
   Facsimile: (206)
7  RTownsend@bjtlegal.com

8  *Attorney for Plaintiff*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEREMY OLSEN,<br><br>           Plaintiff,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of the United States Department of Health and Human Services,<br><br>           Defendant | No. 2:21-CV-326-SMJ<br><br>AFFIDAVIT OF SERVICE BY MAIL |

## **AFFIDAVIT OF SERVICE BY MAIL**

On November 19, 2021, I, Jesica McClure, Paralegal at Breskin, Johnson, Townsend, PLLC, mailed a true and correct copy of the Civil Cover Sheet, Complaint, and Summons, related to the above-referenced case via United State Postal Service as follows:

1. Certified Mail – Return Receipt (article no. 7019 1640 0000 6987 4143) addressed to Xavier Becerra Secretary of US HHS, Vanessa Walderf, United States Attorney, Eastern District of Washington, United States Department of Justice, 920 W. Riverside Ave, Ste, 340, Spokane, WA 99201, delivered on November 29, 2021. A copy of the United States Postal Service Tracking Status is attached as Exhibit 1;

2. Certified Mail – Return Receipt (article no. 7019 1640 0000 6987 4167) addressed to Xavier Becerra, Secretary of US HHS, United States Department of Health and Human Services, 200 Independence Ave. SW, Washington, DC 20201, delivered on November 24, 2021. A copy of the United States Postal Service Tracking Status is attached as Exhibit 2;

3. Certified Mail – Return Receipt (article no. 7019 1640 0000 6987 4150) addressed to Xavier Becerra, Secretary, & the Honorable Merrick Garland, United States Attorney General, Department of Justice, 950 Pennsylvania Ave. NW, Washington, DC 20530-0001, delivered on November 26, 2021. A copy of the United States Postal Service Tracking Status is attached as Exhibit 3;

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 12th day of January, 2022 in Seattle, WA.

/s/ *Jesica McClure*
Jesica McClure, Paralegal

# EXHIBIT 1

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove ✕

**Tracking Number:** 70191640000069874143

Your item was picked up at the post office at 9:36 am on November 29, 2021 in SPOKANE, WA 99201.

## ✓ Delivered, Individual Picked Up at Post Office

November 29, 2021 at 9:36 am
SPOKANE, WA 99201



**Get Updates** ⌄

---

**Text & Email Updates**  ⌄

---

**Tracking History**  ⌃

November 29, 2021, 9:36 am
Delivered, Individual Picked Up at Post Office
SPOKANE, WA 99201
Your item was picked up at the post office at 9:36 am on November 29, 2021 in SPOKANE, WA 99201.

November 24, 2021
In Transit to Next Facility

November 20, 2021, 11:39 pm
Departed USPS Regional Facility
SPOKANE WA DISTRIBUTION CENTER

**November 20, 2021, 10:43 am**
Arrived at USPS Regional Facility
SPOKANE WA DISTRIBUTION CENTER

**November 20, 2021, 7:15 am**
Departed USPS Regional Facility
SEATTLE WA DISTRIBUTION CENTER

**November 19, 2021, 8:19 pm**
Arrived at USPS Regional Facility
SEATTLE WA DISTRIBUTION CENTER

**November 19, 2021, 5:09 pm**
Departed Post Office
MOUNTLAKE TERRACE, WA 98043

**November 19, 2021, 3:12 pm**
USPS in possession of item
MOUNTLAKE TERRACE, WA 98043


Feedback

**Product Information** ⌄

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Xavier Becerra, Secretary of U.S. H.H.S.
   Vanessa Waldref
   United States Attorney, Eastern District of Washington
   United States Department of Justice
   920 W. Riverside Ave, Ste. 340
   Spokane, WA 99201

   9590 9402 5317 9154 2558 30

2. Article Number *(Transfer from service label)*

   7019 1640 0000 9869 7443

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature  11-29-21
   X [signature: Garcia]
   ☐ Agent
   ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery
   TR C19 BOX

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

   [postmark: RIVERSIDE WA, NOV 23]

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☑ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ ...ed Mail
   ☐ ...ed Mail Restricted Delivery
       ($500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

EXHIBIT 2

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove ✕

**Tracking Number:** 70191640000069874167

Your item was delivered to the front desk, reception area, or mail room at 12:19 pm on November 24, 2021 in WASHINGTON, DC 20201.

## ✓ Delivered, Front Desk/Reception/Mail Room

November 24, 2021 at 12:19 pm
WASHINGTON, DC 20201

Feedback

**Get Updates** ∨

---

**Text & Email Updates** ∨

---

**Tracking History** ∧

November 24, 2021, 12:19 pm
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20201
Your item was delivered to the front desk, reception area, or mail room at 12:19 pm on November 24, 2021 in WASHINGTON, DC 20201.

November 24, 2021, 8:58 am
Arrived at Post Office
WASHINGTON, DC 20018

November 23, 2021
In Transit to Next Facility

November 21, 2021, 5:05 am
Arrived at USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

November 20, 2021, 7:15 am
Departed USPS Regional Facility
SEATTLE WA DISTRIBUTION CENTER

November 19, 2021, 8:19 pm
Arrived at USPS Regional Origin Facility
SEATTLE WA DISTRIBUTION CENTER

November 19, 2021, 5:09 pm
Departed Post Office
MOUNTLAKE TERRACE, WA 98043

November 19, 2021, 3:12 pm
USPS in possession of item
MOUNTLAKE TERRACE, WA 98043

Feedback

**Product Information**                                        ⌄

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Xavier Becerra, Secretary of U.S. H.H.S.
Xavier Becerra, Secretary
United States Department of Health and Human Services
200 Independence Ave, SW
Washington, DC 20201

9590 9402 5317 9154 2559 22

2. Article Number (Transfer from service label)

7019 1640 0000 6987 4167

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Brigette Maggio  ☐ Agent ☒ Addressee

B. Received by (Printed Name)  Brigette Maggio   C. Date of Delivery 11/26/21

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

# EXHIBIT 3

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove ✕

**Tracking Number:** 70191640000069874150

Your item was delivered at 4:53 am on November 26, 2021 in WASHINGTON, DC 20530.

## ⊘ Delivered

November 26, 2021 at 4:53 am
WASHINGTON, DC 20530

Feedback

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

**November 26, 2021, 4:53 am**
Delivered
WASHINGTON, DC 20530
Your item was delivered at 4:53 am on November 26, 2021 in WASHINGTON, DC 20530.

**November 24, 2021, 11:50 am**
Available for Pickup
WASHINGTON, DC 20530

**November 24, 2021, 7:08 am**
Arrived at Post Office
WASHINGTON, DC 20018

November 23, 2021
In Transit to Next Facility

November 21, 2021, 5:05 am
Arrived at USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

November 20, 2021, 7:15 am
Departed USPS Regional Facility
SEATTLE WA DISTRIBUTION CENTER

November 19, 2021, 8:19 pm
Arrived at USPS Regional Origin Facility
SEATTLE WA DISTRIBUTION CENTER

November 19, 2021, 5:09 pm
Departed Post Office
MOUNTLAKE TERRACE, WA 98043

Feedback

November 19, 2021, 3:12 pm
USPS in possession of item
MOUNTLAKE TERRACE, WA 98043

**Product Information** ⌄

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

# FAQs

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br>Xavier Becerra, Secretary US. HHS<br>Hon. Merrick Garland<br>USAG/US DOJ<br>950 Pennsylvania Ave, NW<br>Washington DC, 20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>NOV 2 6 2021 | |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 5317 9154 2558 61 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise |
| 2. Article Number (Transfer from service label)<br>7019 1640 0000 6987 4150 | ☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>   Insured Mail Restricted Delivery<br>   (over $500) | ☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | | Domestic Return Receipt |