Roger M. Townsend
BRESKIN, JOHNSON & TOWNSEND, PLLC
1000 Second Ave, Suite 3670
Seattle, WA 98104
Phone: (206) 652-8660

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEREMY OLSEN,<br><br>                    Plaintiff,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of the United States Department of Health and Human Services,<br><br>                    Defendant | No. 2:21-cv-00326-SMJ<br><br>NOTICE OF INCOMPLETE ADMINISTRATIVE RECORD |

NOTICE OF INCOMPLETE
ADMINISTRATIVE RECORD - 1

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660

Plaintiff Jeremy Olsen's file this notice that the administrative record filed by the Secretary on February 14, 2022 (*see* Dkt. #15) is incomplete and (just like the failure to file the record with the Answer as required by 42 U.S.C. 405(g)), the failure to produce a complete record is preventing Olsen from filing a motion for summary judgment.

In particular, at issue in this case is ALJ Appeal No. 3-10205345873 related to Olsen's March 10, 2021, receipt of sensors for use with his CGM. See Complaint at ¶¶ 67-90. On review of the record served by the Secretary, it appears that the following items (at least) are missing from the record:

1) the MSN reflecting rejection of Mr. Olsen's March 10, 2021, claim;

2) the redetermination rejecting Mr. Olsen's March 10, 2021 claim;

3) the request for an ALJ and brief;

4) a transcript of the hearing held on October 8, 2021; and

5) the October 30, 2021, decision of ALJ Earnhart.

Because these are some of the materials on which Olsen's motion for summary judgment would be based, the Secretary's failure to produce them as required by the statute is preventing Mr. Olsen from filing.

Plaintiff has notified the Secretary of this deficiency.

NOTICE OF INCOMPLETE
ADMINISTRATIVE RECORD - 2

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660

1

2          Respectfully submitted this 24th day of February, 2022.

3

4

5                                    PARRISH LAW OFFICES

6

7                              By: */s/  James C. Pistorino*
                                       James C. Pistorino
8                                      Pro Hac Vice

9                              BRESKIN, JOHNSON, & TOWNSEND,
10                             PLLC

11

12                             By: *s/  Roger M. Townsend*
13                                     Roger M. Townsend, WSBA No. 25525
                                       rtownsend@bjtlegal.com
14                                     1000 Second Ave, Suite 3670
                                       Seattle, WA  98104
15                                     Phone: (206) 652-8660

16
                                       *Attorneys for Plaintiff*
17

18

19

20

21

22

23

24

25

26

27

NOTICE OF INCOMPLETE
ADMINISTRATIVE RECORD - 3

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660

1

## CERTIFICATE OF SERVICE

2          I hereby certify under penalty of perjury under the laws of the state

3   of Washington that on the date below, I electronically filed the foregoing

4   document with the Clerk of the Court using the CM/ECF system which

5   will send notification of such filing to all counsel of record.

6

7          Vanessa R. Waldref
           United States Attorney
           John T. Drake
8          Assistant United States Attorney
           UNITED STATED DEPARTMENT OF JUSTICE
9          920 W. Riverside Ave, Suite 340
           Spokane, WA  99201
10

11

12          DATED this 24th day of February, 2022, at Seattle, Washington.

13                                          *s/ Julia Wolfe*
                                            Julia Wolfe, Legal Assistant
14

15

16

17

18

19

20

21

22

23

24

25

26

27

NOTICE OF INCOMPLETE
ADMINISTRATIVE RECORD - 4

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660