Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Brian M. Donovan
John T. Drake
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEREMY OLSEN,<br><br>                   Plaintiff,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of the United States Department of Health and Human Services,<br><br>                   Defendant. | No. 2:21-CV-00326-SMJ<br><br>RESPONSE TO PLAINTIFF'S "NOTICE OF INCOMPLETE ADMINISTRATIVE RECORD" |

Defendant Xavier Becerra, in his official capacity as Secretary of the United States Department of Health and Human Services, ("Defendant"), through counsel, submits the following response to Plaintiff's "Notice of Incomplete Administrative Record," filed on February 24, 2022 (ECF No. 19).

There are two claims for Medicare reimbursement at issue in this case: (1) an April 19 – July 18, 2019 claim; and (2) a March 10, 2021 claim. *See* ECF No. 1 at ¶¶ 63-90. Plaintiff's assertion that Defendant violated 42 U.S.C. § 405(g) by not filing an administrative record for the March 10, 2021 claim is incorrect. Section 405(g)

RESPONSE TO NOTICE OF INCOMPLETE ADMINISTRATIVE RECORD - 1

governs judicial review of "final decision[s]" by the Secretary.  42 U.S.C. § 405(g).  There was no "final decision" within the meaning of § 405(g) as to the March 10, 2021 claim because Plaintiff did not appeal the ALJ decision on that claim[1] to the Medicare Appeals Council ("Appeals Council").  *Compare* ECF No. 1 at ¶¶ 64-66 (alleging timely appeal to Appeals Council of ALJ decision as to April 19 – July 18, 2019 claim) *with* ECF No. 1 at ¶¶ 79-85 (no allegation of appeal to Appeals Council of ALJ decision as to March 10, 2021 claim).  Because there was no "final decision" by the Secretary as to the March 10, 2021 claim, § 405(g) does not require the filing of an administrative record of the Secretary's (non-final) decision on that claim.

Nonetheless, in the interest of moving this case to an efficient resolution, Defendant has agreed to prepare and file an administrative record for the March 10, 2021 claim.  The parties have agreed that the filing of an administrative record as to this claim will not result in a waiver of any arguments or defenses that Defendant may raise in connection with that claim.

---

[1] The March 10, 2021 claim was denied in error by the Medicare Administrative Contractor on April 16, 2021, seven weeks after this Court's summary judgment ruling in *Olsen I* (but before the Court's April 20, 2021 ruling that the Secretary had acted in bad faith).  The contractor corrected its error and paid the claim on July 15, 2021—five months before the ALJ decision was issued on October 30, 2021, and six months before this lawsuit was filed on November 18, 2021.

RESPONSE TO NOTICE OF INCOMPLETE ADMINISTRATIVE RECORD - 2

All five documents referenced in Plaintiff's filing (ECF No. 19 at 2) have been provided to Plaintiff pending completion of the administrative record for the March 10, 2021 claim. Defendant has no objection to those documents (or other documents relating to the March 10, 2021 claim) being submitted via declaration if Plaintiff wishes to move for summary judgment before the administrative record for the March 10, 2021 claim is filed.

DATED this 28th day of February, 2022.

                        Vanessa R. Waldref
                        United States Attorney

                        *s/John T. Drake*
                        Brian M. Donovan
                        John T. Drake
                        Assistant United States Attorneys

# CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2022, I caused to be delivered via the method listed below the document to which this Certificate of Service is attached (plus any exhibits and/or attachments) to the following:

| NAME & ADDRESS | Method of Delivery |
|---|---|
| Roger Townsend<br>BRESKIN JOHNSON TOWNSEND<br>1000 Second Ave., Suite 3670<br>Seattle, WA 98104 | ☒ CM/ECF System<br>☐ Electronic Mail<br>☐ U.S. Mail<br>☐ Other: _____ |
| James Pistorino<br>PARRISH LAW OFFICES<br>788 Washington Road<br>Pittsburgh, PA 15228 | ☒ CM/ECF System<br>☐ Electronic Mail<br>☐ U.S. Mail<br>☐ Other: _____ |

*s/John T. Drake*
John T. Drake

RESPONSE TO NOTICE OF INCOMPLETE ADMINISTRATIVE RECORD - 4