```
 1  Vanessa R. Waldref
 2  United States Attorney
    Eastern District of Washington
 3  Brian M. Donovan
 4  John T. Drake
    Assistant United States Attorneys
 5  Post Office Box 1494
 6  Spokane, WA 99210-1494
    Telephone: (509) 353-2767
 7
 8
                UNITED STATES DISTRICT COURT
 9           FOR THE EASTERN DISTRICT OF WASHINGTON
10
11  JEREMY OLSEN,
                                       No. 2:21-CV-00326-SMJ
12              Plaintiff,
13        v.                           MOTION FOR LEAVE TO FILE
                                       SUR-REPLY BRIEF RE:
14  XAVIER BECERRA, in his official    PLAINTIFF'S MOTION FOR
    capacity as Secretary of the United States  PRELIMINARY INJUNCTION
15  Department of Health and Human
    Services,                          04/04/22
16                                     Without Oral Argument
17              Defendant.
                                       Expedited Hearing Requested
18
19
```

20   Defendant Xavier Becerra, in his official capacity as Secretary of the United

21  States Department of Health and Human Services, ("Defendant"), through counsel,

23  moves for leave to file a sur-reply brief in opposition to Plaintiff's pending motion for

24  preliminary injunction. Undersigned counsel has conferred with Plaintiff's counsel

25  about this motion; Plaintiff does not oppose the filing of a sur-reply brief.

MOTION FOR LEAVE TO FILE SUR-REPLY BRIEF - 1

Defendant requests permission to file a 5-page sur-reply brief addressed to the following issues, which Plaintiff raised for the first time in his preliminary injunction reply brief:

1) Plaintiff's assertion that the two Medicare reimbursement claims at issue in this case were "rejected" by the Secretary (ECF No. 22 at 8); and

2) Plaintiff's assertion that the Secretary is relying on CMS 1682-R to reject *other* Medicare reimbursement claims that Plaintiff is currently appealing through the administrative appeal process, including a claim for sensors provided on October 13, 2021 (ECF No. 22 at 4, 7, 10 & Exhibit A).

As Defendant will explain in its forthcoming sur-reply brief, these assertions are factually inaccurate.  The two claims at issue in this case were paid on July 15, 2021, under replacement claim numbers assigned by the Medicare Administrative Contractor ("MAC") following this Court's entry of judgment in Plaintiff's favor in *Olsen I*.  The October 13, 2021 claim, which is not at issue, was paid on December 27, 2021.  There are no other pending claims that have not been paid.

Defendant proposes to file his sur-reply brief within 2 business days of the Court's ruling on the motion, in order to provide the Court and its staff sufficient time to review the brief prior to the March 18, 2022 preliminary injunction hearing.

DATED this 2nd day of March, 2022.

Vanessa R. Waldref
United States Attorney

*s/John T. Drake*
Brian M. Donovan
John T. Drake
Assistant United States Attorneys

MOTION FOR LEAVE TO FILE SUR-REPLY BRIEF - 2

# CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2022, I caused to be delivered via the method listed below the document to which this Certificate of Service is attached (plus any exhibits and/or attachments) to the following:

| NAME & ADDRESS | Method of Delivery |
|---|---|
| Roger Townsend<br>BRESKIN JOHNSON TOWNSEND<br>1000 Second Ave., Suite 3670<br>Seattle, WA 98104 | ☒ CM/ECF System<br>☐ Electronic Mail<br>☐ U.S. Mail<br>☐ Other: _____ |
| James Pistorino<br>PARRISH LAW OFFICES<br>788 Washington Road<br>Pittsburgh, PA 15228 | ☒ CM/ECF System<br>☐ Electronic Mail<br>☐ U.S. Mail<br>☐ Other: _____ |

*s/John T. Drake*
John T. Drake