Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Brian M. Donovan
John T. Drake
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEREMY OLSEN,<br><br>Plaintiff,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of the United States Department of Health and Human Services,<br><br>Defendant. | No. 2:21-CV-00326-SMJ<br><br>DECLARATION OF PAMELA DURBIN |

I, Pamela Durbin, hereby declare as follows:

1.    I am over the age of 18 and competent to testify herein. I have personal knowledge of the facts set forth below.

2.    I am employed by the Centers for Medicare & Medicaid Services ("CMS"), which is an agency within the Department of Health and Human Services. My job title is Contracting Officer's Representative. One of my job duties is to ensure that CMS's Medicare Administrative Contractors ("MACs") correctly process claims

DECLARATION OF PAMELA DURBIN - 1

for reimbursement submitted by Medicare Part B beneficiaries ("reimbursement claims").

3. Attached hereto as **Exhibit A** is a true and correct copy of an email message I sent to Noridian Healthcare Solutions, LLC ("Noridian") on July 13, 2021. Noridian is the MAC responsible for processing reimbursement claims submitted by Plaintiff Jeremy Olsen. In this email, I asked Noridian to implement the Judgment entered by this Court in *Olsen v. Cochran*, 2:20-cv-00374-SMJ (E.D. Wa.) ("*Olsen I*") by doing the following: (1) paying the Continuous Glucose Monitor ("CGM") reimbursement claim that was at issue in *Olsen I*; and (2) implementing a system to ensure that Mr. Olsen's future CGM-related reimbursement claims would be paid going forward, consistent with the Court's judgment.

4. Attached hereto as **Exhibit B** is a true and correct copy of email messages I exchanged with Noridian in late December 2021, after Mr. Olsen filed the instant lawsuit. In this exchange, I asked Noridian to confirm that it had paid the reimbursement claims submitted by Mr. Olsen. Noridian confirmed that it had in fact paid the two claims at issue in this litigation (dates of service April 19 – July 18, 2019, and March 10, 2021), and that it had done so on July 15, 2021 – two days after I sent the email referenced above on July 13, 2021. Noridian's payment of those two claims—along with payment for other CGM-related claims submitted by Mr. Olsen—is reflected in the table on the first page of Exhibit B, which is reproduced below:

DECLARATION OF PAMELA DURBIN - 2

| CCN | Date of Service | Paid Date | Amount Paid |
|---|---|---|---|
| 18137823767001 | 03/15/2018 | 07/22/2021 | $1,300.66 |
| 18172844803001 | 06/05/2018 | 07/15/2021 | $1,300.66 |
| 18283843973001 | 09/27/2018 | 07/15/2021 | $1,300.66 |
| 19008817632001 | 01/04/2019 | 07/15/2021 | $1,300.66 |
| 19112897095001 | 04/19/2019 | 07/15/2021 | $1,430.72 |
| 19210873889001 | 07/08/2019 | 07/15/2021 | $1,430.72 |
| 19296845388001 | 10/21/2019 | 07/15/2021 | $1,430.72 |
| 20031822855001 | 01/28/2020 | 07/15/2021 | $1,430.72 |
| 20139845927001 | 05/15/2020 | 07/15/2021 | $1,459.92 |
| 20230855617001 | 08/12/2020 | 07/15/2021 | $1,459.92 |
| 20330841967001 | 11/23/2020 | 07/15/2021 | $1,459.92 |
| 21076836253001 | 03/10/2021 | 07/15/2021 | $1,459.92 |
| 21204829122001 | 07/20/2021 | 08/03/2021 | $1,459.92 |
| 21288839976002 | 10/13/2021 | 12/27/2021 | $1,459.92 |

Noridian also indicated that it had mistakenly denied one more recent CGM-related reimbursement claim submitted by Mr. Olsen (for date of service October 13, 2021), but that it would reprocess that claim to allow payment. Additionally, Noridian noted that it had re-educated its staff so as to avoid such an error in the future.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the above statements are true and correct.

DATED: March 8, 2021

Respectfully submitted,

_____
Pamela Durbin

DECLARATION OF PAMELA DURBIN - 3

# CERTIFICATE OF SERVICE

I hereby certify that on ~~March 8, 2022~~, I caused to be delivered via the method listed below the document to which this Certificate of Service is attached (plus any exhibits and/or attachments) to the following:

| NAME & ADDRESS | Method of Delivery |
|---|---|
| Roger Townsend<br>BRESKIN JOHNSON TOWNSEND<br>1000 Second Ave., Suite 3670<br>Seattle, WA 98104 | ☒CM/ECF System<br>☐Electronic Mail<br>☐U.S. Mail<br>☐Other: _____ |
| James Pistorino<br>PARRISH LAW OFFICES<br>788 Washington Road<br>Pittsburgh, PA 15228 | ☒CM/ECF System<br>☐Electronic Mail<br>☐U.S. Mail<br>☐Other: _____ |

*s/John T. Drake*
John T. Drake

DECLARATION OF PAMELA DURBIN - 4