Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Brian M. Donovan
John T. Drake
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEREMY OLSEN,<br><br>               Plaintiff,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of the United States Department of Health and Human Services,<br><br>               Defendant. | No. 2:21-CV-00326-SMJ<br><br>DECLARATION OF<br>JOHN T. DRAKE |

I, John T. Drake, hereby declare as follows:

1.    I am over the age of 18 and competent to testify herein. I have personal knowledge of the facts set forth below.

2.    I am counsel of record for Defendant in the above-captioned case.

3.    Attached hereto as **Exhibit A** is a true and correct copy of an email message I sent to James Pistorino, counsel for Plaintiff, on February 25, 2022, along with the PDF document that was attached to that email. The portions of this email that are relevant to the instant motion are highlighted in yellow.

DECLARATION OF JOHN T. DRAKE - 1

4. Attached hereto as **Exhibit B** is a true and correct copy of an email message I sent to Mr. Pistorino on February 28, 2022. The portions of this email that are relevant to the instant motion are highlighted in yellow.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the above statements are true and correct.

DATED: March 12, 2022

                                            Respectfully submitted,

                                            *s/John T. Drake*
                                            John T. Drake

DECLARATION OF JOHN T. DRAKE - 2

# CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2022, I caused to be delivered via the method listed below the document to which this Certificate of Service is attached (plus any exhibits and/or attachments) to the following:

| NAME & ADDRESS | Method of Delivery |
|---|---|
| Roger Townsend<br>BRESKIN JOHNSON TOWNSEND<br>1000 Second Ave., Suite 3670<br>Seattle, WA 98104 | ☒CM/ECF System<br>☐Electronic Mail<br>☐U.S. Mail<br>☐Other: _____ |
| James Pistorino<br>PARRISH LAW OFFICES<br>788 Washington Road<br>Pittsburgh, PA 15228 | ☒CM/ECF System<br>☐Electronic Mail<br>☐U.S. Mail<br>☐Other: _____ |

*s/John T. Drake*
John T. Drake

DECLARATION OF JOHN T. DRAKE - 3