Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Brian M. Donovan
John T. Drake
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEREMY OLSEN,<br><br>                    Plaintiff,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of the United States Department of Health and Human Services,<br><br>                    Defendant. | No. 2:21-CV-00326-SMJ<br><br>DECLARATION OF KAREN GRASSO |

I, Karen Grasso, hereby declare as follows:

1. I am over the age of 18 and competent to testify herein. I have personal knowledge of the facts set forth below.

2. I am employed Noridian Healthcare Solutions, LLC ("Noridian"). My job title is Deputy Project Manager.

3. Noridian is a Medicare Administrative Contractor ("MAC") for the Centers for Medicare & Medicaid Services ("CMS"). One of the functions Noridian

DECLARATION OF KAREN GRASSO - 1

performs as a MAC is processing claims for reimbursement submitted by Medicare Part B beneficiaries.

4. Plaintiff Jeremy Olsen is one of the Medicare Part B beneficiaries for whom Noridian processes reimbursement claims.

5. I have reviewed the status report that Plaintiff submitted on March 22, 2022, which is filed at ECF No. 35. In that status report, Plaintiff references two reimbursement claims for continuous glucose monitor ("CGM") sensors that were processed by Noridian: (1) a claim with a date of service of October 13, 2021 (the "October 2021 claim"); and (2) a claim with a date of service of January 24, 2022 (the "January 2022 claim"). It is my understanding that neither of those claims are directly at issue in this lawsuit.

6. The October 2021 claim was paid by Noridian on December 27, 2021. Payment was issued under claim number 21288839976**002**. This was a new iteration of the claim number that Noridian created after it erroneously denied the claim under a prior iteration, 21288839976**001**.

7. Attached hereto as **Exhibit A** is a true and correct copy of a remittance notice that Noridian issued to MiniMed Distribution Corp. ("MiniMed"), on December 30, 2021. MiniMed is the company that supplied the CGM sensors that are the subject of the October 2021 claim, and the entity that submitted the claim for reimbursement to Noridian. The remittance notice reflects that the October 2021 claim was paid under claim number 21288839976002. The date of the remittance

DECLARATION OF KAREN GRASSO - 2

notice, December 30, 2021, does not reflect the date on which this claim was actually paid. As noted above, the claim was paid on December 27, 2021.

8. Plaintiff states in his status report that the October 2021 claim "was denied in a Medicare Summary Notice (MSN) sent on November 10, 2021." ECF No. 35 at 1. The November 10, 2021, MSN to which Plaintiff refers was issued before Noridian corrected its erroneous denial of this claim. It is my understanding that a subsequent MSN, dated January 21, 2022, shows that the October 2021 claim was paid under claim number 21288839976002.

9. Appended to Plaintiff's status report is a redetermination decision issued by Noridian for the October 2021 claim. ECF No. 35-2 (Exhibit B). The decision is dated January 6, 2022, which is 10 days after Noridian paid the claim on December 27, 2021. The fact that this redetermination decision purports to deny coverage does not mean that Plaintiff is responsible for paying the October 2021 claim. The person who issued this decision on January 6 did not realize the claim had originally been denied in error, and that Noridian had corrected the error and issued payment 10 days earlier. Had the person who issued the decision been aware of that fact, the appeal would have been dismissed.

10. Also appended to Plaintiff's status report is a letter from Maximus Federal to Plaintiff dated March 1, 2022. ECF No. 35-3 (Exhibit C). In this letter, Maximus Federal acknowledges receipt of Plaintiff's request for reconsideration of Noridian's January 6, 2022, redetermination decision.

DECLARATION OF KAREN GRASSO - 3

11. Attached hereto as **Exhibit B** are true and correct copies of (1) a letter dated March 18, 2022, from Maximus Federal to Plaintiff; and (2) a letter dated March 23, 2022, from Noridian to Plaintiff. Together, these letters reflect that Plaintiff's appeal of the October 2021 claim has been dismissed because the claim has been paid.

12. The January 2022 claim was paid by Noridian on February 2, 2022. Payment was issued under claim number 22027829096000.

13. Attached hereto as **Exhibit C** is a true and correct copy of a remittance record for the January 2022 claim. This remittance record reflects that Noridian issued payment to MiniMed under claim number 22027829096000. The date of the remittance record, February 10, 2022, does not reflect the date on which this claim was actually paid. As noted above, the claim was paid on February 2, 2022. The reason this remittance record is in a different format than the remittance notice for the October 2021 claim attached hereto as Exhibit A is that Noridian could not obtain a copy of the full remittance notice on short notice. The remittance record was pulled from Noridian's provider portal and reflects the same information that would be included in the full remittance notice.

[remainder of page left blank]

1  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the above
2  statements are true and correct.
3  DATED: March 24, 2021

Respectfully submitted,

*/s/Karen Grasso*
Karen Grasso

DECLARATION OF KAREN GRASSO - 5

# CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2022, I caused to be delivered via the method listed below the document to which this Certificate of Service is attached (plus any exhibits and/or attachments) to the following:

| NAME & ADDRESS | Method of Delivery |
|---|---|
| Roger Townsend<br>BRESKIN JOHNSON TOWNSEND<br>1000 Second Ave., Suite 3670<br>Seattle, WA 98104 | ☒CM/ECF System<br>☐Electronic Mail<br>☐U.S. Mail<br>☐Other: _____ |
| James Pistorino<br>PARRISH LAW OFFICES<br>788 Washington Road<br>Pittsburgh, PA 15228 | ☒CM/ECF System<br>☐Electronic Mail<br>☐U.S. Mail<br>☐Other: _____ |

*s/John T. Drake*
John T. Drake

DECLARATION OF KAREN GRASSO - 6