# EXHIBIT A



**Noridian Healthcare Solutions, LLC**
P.O. Box 6727
Fargo, ND 58108

DUPLICATE
REMITTANCE
ADVICE

1-877-320-0390

**Return Service Requested**

AUTO**SCH 5-DIGIT 59414

3 1 AV 0.378

MINIMED DISTRIBUTION CORP
13404 COLLECTION CENTER D
CHICAGO, IL 60693-0001

| | |
|---|---|
| NPI: | 1356334577 |
| PAGE #: | 1 of 4 |
| DATE: | 12/30/21 |
| CHECK/EFT #: | 92136201286 |
| STATEMENT #: | 20420000041DER |

Receive your remittance advices electronically. You will receive payment information faster and may be able to post the information directly to your accounts. MREP, a free software, is available to view and print remittance data. Call CEDI at 1-866-311-9184 to sign up.

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|

[Table data redacted]



```
Noridian Healthcare Solutions, LLC                              DUPLICATE
NPI:          1356334577                                        REMITTANCE
CHECK/EFT #:  92136201286                                       ADVICE

                                                                1-877-320-0390

PERF PROV  SERV DATE  POS  NOS   PROC   MODS   BILLED  ALLOWED  DEDUCT   COINS    GRP/RC-AMT    PROV PD
NAME OLSEN, JEREMY         MID 2G85C49QH63  ACNT 03I18719301-2   ICN 21288839976002   ASG Y  MOA MA67

1356334577 1013 101321 12  90.0  E1399 GXCC  1824.90  1824.90    0.00   364.98                 1459.92
PT RESP          364.98         CLAIM TOTALS 1824.90  1824.90    0.00   364.98       0.00      1459.92
ADJ TO TOTALS: PREV PD    0.00        INTEREST  0.00          LATE FILING CHARGE     .00  NET  1459.92
```



```
Noridian Healthcare Solutions, LLC                                    DUPLICATE
NPI:          1356334577                                              REMITTANCE
CHECK/EFT #:  92136201286                                             ADVICE
                                          PAGE #: 4 of 4              1-877-320-0390
```



| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|

GLOSSARY: Group, Reason, MOA, Remark and Adjustment Codes

| Code | Description |
|---|---|
| CO | Contractual obligations |
| OA | Other adjustment |
| PR | Patient responsibility |
| 151 | Payment adjusted because the payer deems the information submitted does not support this many/frequency of services. |
| 23 | The impact of prior payer(s) adjudication including payments and/or adjustments. (Use only with Group Code OA) |
| 45 | Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. Usage: This adjustment amount cannot equal the total service or claim charge amount; and must not duplicate provider adjustment amounts (payments and contractual reductions) that have resulted from prior payer(s) adjudication. |
| 96 | Non-covered charge(s). Usage: Refer to the 835 Healthcare Policy Identification Segment (loop) 2110 Service Payment Information REF), if present. |
| N425 | Statutorily excluded serv ce(s). |
| N782 | Alert: Patient is a Medicaid/Qualified Medicare Beneficiary. Review your records for any wrongfully collected coinsurance. This amount may be billed to a subsequent payer. |
| MA01 | Alert: If you do not agree with what we approved for these services, you may appeal our decision. To make sure that we are fair to you, we require another individual that did not process your your initial claim to conduct the appeal. However, in order to be eligible for an appeal, you must write to us within 120 days of the date of this notice, unless you have good reason for for being late. |
| MA07 | Alert: The claim information has also been forwarded to Medicaid for review. |
| MA13 | Alert: You may be subject to penalties if you bill the patient for amounts not reported with the PR (patient responsibility) group code. |
| MA18 | Alert: The claim information is also being forwarded to the patient's supplemental insurer. Send any questions regarding supplemental benefits to them. |
| MA67 | Alert: Correction to a prior claim. |