Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Brian M. Donovan
John T. Drake
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEREMY OLSEN,<br><br>      Plaintiff,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of the United States Department of Health and Human Services,<br><br>      Defendant. | No. 2:21-CV-00326-SMJ<br><br>DECLARATION OF<br>JOHN T. DRAKE |

I, John T. Drake, hereby declare as follows:

1. I am over the age of 18 and competent to testify herein. I have personal knowledge of the facts set forth below.

2. I am counsel of record for Defendant in the above-captioned case.

3. Attached hereto as **Exhibit A** is a true and correct copy of a Medicare Summary Notice ("MSN") addressed to Plaintiff dated January 21, 2022. This MSN shows that Plaintiff's claim for reimbursement of 90 continuous glucose monitor

DECLARATION OF JOHN T. DRAKE - 1

("CGM") sensors with a date of service of October 13, 2021, was paid under claim number 21288839976002.

4. Attached hereto as **Exhibit B** is a true and correct copy of an MSN addressed to Plaintiff dated February 18, 2022. This MSN shows that Plaintiff's claim for reimbursement of 90 CGM sensors with a date of service of January 24, 2022, was paid under claim number 22027829096000.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the above statements are true and correct.

DATED: March 24, 2022

Respectfully submitted,

*s/John T. Drake*
John T. Drake

DECLARATION OF JOHN T. DRAKE - 2

# CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2022, I caused to be delivered via the method listed below the document to which this Certificate of Service is attached (plus any exhibits and/or attachments) to the following:

| NAME & ADDRESS | Method of Delivery |
|---|---|
| Roger Townsend<br>BRESKIN JOHNSON TOWNSEND<br>1000 Second Ave., Suite 3670<br>Seattle, WA 98104 | ☒CM/ECF System<br>☐Electronic Mail<br>☐U.S. Mail<br>☐Other: _____ |
| James Pistorino<br>PARRISH LAW OFFICES<br>788 Washington Road<br>Pittsburgh, PA 15228 | ☒CM/ECF System<br>☐Electronic Mail<br>☐U.S. Mail<br>☐Other: _____ |

*s/John T. Drake*
John T. Drake

DECLARATION OF JOHN T. DRAKE - 3