FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 16, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEREMY OLSEN,<br><br>           Plaintiff,<br><br>vs.<br><br>XAVIER BECERRA, in his official capacity as Secretary of the United States Department of Health and Human Services,<br><br>           Defendant. | No.  2:21-cv-00326-SMJ<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR REFERRAL TO JUDICIAL SETTLEMENT CONFERENCE AND REFERRING THIS MATTER TO MAGISTRATE JUDGE EKSTROM FOR MEDIATION** |

Before the Court, without oral argument, is Defendant's Motion for Referral to Judicial Settlement Conference, ECF No. 44. Having reviewed the pleadings and the file in this matter, the Court is fully informed and **GRANTS** the motion. In addition, pursuant to the Telephonic Scheduling Conference held this morning, the Court informed the parties that the Court would refer this matter to Magistrate Judge Ekstrom for settlement purposes today. The parties were advised to contact Magistrate Judge Ekstrom's chambers immediately following the hearing.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Motion for Referral to Judicial Settlement Conference, **ECF No. 44**, is **GRANTED**.

ORDER REFERRING THIS MATTER TO MAGISTRATE JUDGE EKSTROM FOR MEDIATION – 1

**2.** This case is **REFERRED** to Magistrate Judge Ekstrom for mediation.

**3.** The parties shall contact Magistrate Judge Ekstrom's chambers **no later than June 16, 2022,** to inquire about Magistrate Judge Ekstrom's availability for mediation.

**4.** **No later than July 28, 2022,** the parties shall file a joint status report with this Court regarding the settlement process.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel and Magistrate Judge Ekstrom.

**DATED** this 16th day of June 2022.

_____
SALVADOR MENDOZA, JR.
United States District Judge