# EXHIBIT A


**Medtronic**

Medtronic Diabetes
18000 Devonshire Street
Northridge, CA 91325-1219
www.medtronicdiabetes.com

tel 800.646.4633

February 17, 2011

JEREMY OLSEN
21610 3RD AVE
STEAMBOAT SPRINGS, CO 80487

Account # 398906

## Financial Assistance Eligibility

Thank you for recent submission to Medtronic Diabetes requesting financial assistance. Upon review of your application, the following has been determined:

☑ You qualify for Medtronic Diabetes's financial assistance program. Please note that financial assistance is provided for future orders and not past orders and/or previous dates of service.

☐ We are unable to process your request until we receive the following documents:
  (All household financial information must be provided in order to process requests)

  ☐ Previous year's tax return for all income earners in household. If request is for a child, college student or other dependent, we will need a copy of the tax return that identifies the parent/guardian claiming the person.
  ☐ One month of most recent pay check stubs, if currently employed.
  ☐ Social Security Disability "award letter" for customers that do not file tax return.
  ☐ Termination Letter if customer has been unemployed for 12 months or less.
  ☐ Other_____

When returning the required paperwork, please address the envelope as follows:

  Medtronic Diabetes
  PFS Credit Services
  18000 Devonshire St.
  Northridge, CA 91325

☐ Unfortunately you do not meet the qualification guidelines for Medtronic Diabetes financial assistance program. Please contact us at (800) 646-4633, Ext. 21079 to discuss what other options may be available to you.

Best Regards,

PFS Credit Services
1.800.646.4633 Ext. 21079

©2009 Medtronic MiniMed., Inc. All rights reserved. 9402349-012 031309

Medtronic Confidential

MDT-000065

MINIMED00000065