# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 23, 2022

SEAN F. McAVOY, CLERK

| | |
|---|---|
| JEREMY OLSEN,<br>*Plaintiff*<br>v.<br>XAVIER BECERRA, in his official capacity as Secretary of the United States Department of Health and Human Service,<br>*Defendant* | )<br>)<br>)  Civil Action No.  2:21-CV-0326-TOR<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Plaintiff's Motion for Summary Judgment and Permanent Injunction (ECF No. 51) is DENIED. Plaintiff's Motion for Summary Judgment and Appointment of a Special Master (ECF No. 64) is DENIED. Defendant's Cross-Motion for Summary Judgment (ECF No. 65) is GRANTED. This case is DISMISSED with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE

on the parties' cross-Motions for Summary Judgment (ECF Nos. 51, 64, & 65).

Date:  November 23, 2022

*CLERK OF COURT*

SEAN F. McAVOY

*s/ B. Fortenberry*
*(By) Deputy Clerk*
B. Fortenberry