Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Brian M. Donovan
John T. Drake
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEREMY OLSEN, <br><br> Plaintiff, <br><br> v. <br><br> XAVIER BECERRA, in his official capacity as Secretary of the United States Department of Health and Human Services, <br><br> Defendant. | No. 2:21-CV-00326-TOR <br><br> MOTION TO AMEND JUDGMENT <br><br> 1/6/23 <br> Without Oral Argument |

Defendant Xavier Becerra, in his official capacity as Secretary of the United States Department of Health and Human Services, through counsel, moves pursuant to Federal Rule of Civil Procedure 59(e) for an order amending the judgment entered on November 23, 2022 (ECF No. 71).

The Court granted summary judgment for Defendant on the ground that it lacks jurisdiction over Plaintiff's claims. ECF No. 70 at 5-7. Both the summary judgment order and the judgment reflect that the case was dismissed with prejudice.

MOTION TO AMEND JUDGMENT - 1

Defendant moves for an amended judgment dismissing the case *without prejudice*. Because the case was dismissed for jurisdictional reasons, rather than a decision on the merits, the dismissal should be without prejudice. *See Barke v. Banks*, 25 F.4th 714, 721 (9th Cir. 2022) (dismissal for lack of jurisdiction must be entered without prejudice); *Tur v. YouTube, Inc.*, 562 F.3d 1212, 1214 (9th Cir. 2009) (dismissal on mootness grounds is a dismissal for lack of jurisdiction); *see also* ECF No. 65 at 20 (requesting dismissal without prejudice for lack of jurisdiction).

DATED this 29th day of November, 2022.

Vanessa R. Waldref
United States Attorney

*s/John T. Drake*
Brian M. Donovan
John T. Drake
Assistant United States Attorneys

MOTION TO AMEND JUDGMENT - 2

# CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2022, I caused to be delivered via the method listed below the document to which this Certificate of Service is attached (plus any exhibits and/or attachments) to the following:

| NAME & ADDRESS | Method of Delivery |
| --- | --- |
| Roger Townsend<br>BRESKIN JOHNSON TOWNSEND<br>1000 Second Ave., Suite 3670<br>Seattle, WA 98104 | ☒CM/ECF System<br>☐Electronic Mail<br>☐U.S. Mail<br>☐Other: _____ |
| James Pistorino<br>PARRISH LAW OFFICES<br>788 Washington Road<br>Pittsburgh, PA 15228 | ☒CM/ECF System<br>☐Electronic Mail<br>☐U.S. Mail<br>☐Other: _____ |

*s/John T. Drake*
John T. Drake

MOTION TO AMEND JUDGMENT - 3