FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 20, 2023

SEAN F. McAVOY, CLERK

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 1. Notice of Appeal from a Judgment or Order of a
### United States District Court

Name of U.S. District Court: Eastern District of Washington

U.S. District Court case number: 21-cv-326 (TOR)

Date case was first filed in U.S. District Court: 11/18/21

Date of judgment or order you are appealing: 11/23/22; 11/29/22

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⊙ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Jeremy Olsen

Is this a cross-appeal? ○ Yes   ⊙ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ⊙ No

If Yes, what is the prior appeal case number?

Your mailing address:

James Pistorino, Parrish Law Office

224 Lexington Dr.

City: Menlo Park   State: CA   Zip Code: 94025

Prisoner Inmate or A Number (if applicable):

**Signature** /s James Pistorino   **Date** 1/20/23

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 1**                                    *Rev. 12/01/2018*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List each party filing the appeal, do not use "et al." or other abbreviations.)*
Name(s) of party/parties:

Jeremy Olsen

Name(s) of counsel (if any):

James Pistorino
Parrish Law Office

Address: 224 Lexington Dr., Menlo Park, CA  94025

Telephone number(s): 650-400-0043

Email(s): james@dparrishlaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ⊙ Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*
Name(s) of party/parties:

Xavier Becerra, in his official capacity as Secretary of the United States, Department of Health and Human Services

Name(s) of counsel (if any):

John Drake, Brian Donovan
United States' Attorneys Office, EDWA

Address: 920 W. Riverside Ave., Ste. 340, Spokane, WA  99201

Telephone number(s): 509-353-2767; 509-835-6316

Email(s): john.drake2#doj.gov; brian.donovan@doj.gov

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                              *1*                              *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

## **Appellants**

Name(s) of party/parties:

Jeremy Olsen

Name(s) of counsel (if any):

Roger Townsend

Address: 1000 2nd Ave., Ste. 3760, Seattle, WA  98104

Telephone number(s): 206-652-8660

Email(s): rtownsend@bjtlegal.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⊙ Yes   ○ No

## **Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                    2                                    *New 12/01/2018*