# UNITED STATES DISTRICT COURT ■ EASTERN DISTRICT OF WASHINGTON
## Transcript Designation and Ordering Form
*This form should be completed by the party ordering the transcript*
**You must contact the Court Reporter to make financial arrangements**

U.S. Court of Appeals Case No. __23-35052__    U.S. District Court Case No. __21-cv-326-TOR__
Short Case Title __Olsen v. Becerra__
Date Notice of Appeal Filed by Clerk of the District Court __1/20/23__

1. **Name of Court Reporter/FTR:** Allison Anderson

| Date of Hearing/Court Rec # | Type of Proceedings |
|---|---|
| 11/22/22 | Summary Judgment Hearing |

2. **Name of Court Reporter/FTR:** _____

| Date of Hearing/Court Rec # | Type of Proceedings |
|---|---|
| | |

3. **Name of Court Reporter/FTR:** _____

| Date of Hearing/Court Rec # | Type of Proceedings |
|---|---|
| | |

(Attach additional page for designations, if necessary)

☐ I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
☐ As retained counsel, a pro se litigant, a U.S. Attorney or a Federal Defender, I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
☐ As appointed counsel, I certify an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within seven (7) days thereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __2/21/23__    Party you represent __Jeremy Olsen__
Type or print name of attorney/pro se litigant __James Pistorino__
Signature of attorney/pro se litigant __[signature]__    Phone No. __650-400-0043__
Address __224 Lexington Dr., Menlo Park, CA  94025__

CA9-036 (10/82) EDWA 11/10